DATE 10/8/10
LOCATION Plano
JUDGE Don D Bush
DEPUTY CLERK P. Jones
COURT REPORTER: Digital Recording
INTERPRETER: Melida Ailshire
USPO: Tiffany Routa
BEGIN: 9:55

CASE NUMBER 4:09cr194 MHS/ALM
USA   Heather Rattan & Camelia Lopez   Assigned
VS    Camelia Lopez   Appeared

MARIA PATRICIA RODRIGUEZ MONSALVE (5)
FERNANDO ALEXANDER MORENO RODRIGUEZ (12)
FABIAN LORENZO IBARRA CRUZ (20)
Defendants

Scott Kalisch (12)(20)
Attorneys

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT - 8 2010
DAVID J. MALAND, CLERK
BY _____ DEPUTY

- [x] INIT APPEARANCE
- [x] ARRAIGNMENT (12)(20)

- [x] Hearing Held         [x] Hearing Called         [x] Interpreter Sworn
- [x] Defendants Sworn

- [x] Dft # 5   [x] appears: ☐ with [x] w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft   Appears on: [x] Indictment
- [x] Dft # 12  [x] appears: [x] with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft   Appears on: [x] Indictment
- [x] Dft # 20  [x] appears: [x] with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft   Appears on: [x] Indictment

- ☐ Date of arrest:_____ (dist & case #) _____
- [x] Dfts  [x] advised of charges   [x] advised of maximum penalties   [x] advised of right to remain silent;
         [x] advised of right to counsel   [x] received copy of indictment

- [x] Dft # _5_   MARIA PATRICIA RODRIGUEZ MONSALVE
- ☐ Dft # _5_ first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
  Attorney: _____
- ☐ Dft # _5_ advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
- [x] Dft # _5_ Requests appointed counsel, is sworn & examined re: financial status.
- ☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
- ☐ _____ appointed   ☐. U.S. Pub Defender _____ appointed

- [x] Dft # _12_   FERNANDO ALEZANDER MORENO RODRIGUEZ + ARR
- [x] Dft # _12_ first appearance with counsel ☐ CJA [x] Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
  Attorney: Scott Kalisch
- ☐ Dft # _12_ advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
- ☐ Dft # _12_ Requests appointed counsel, is sworn & examined re: financial status.
- ☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
- ☐ _____ appointed   ☐. U.S. Pub Defender _____ appointed

- [x] Dft # _20_   FABIAN LORENZO IBARRA CRUZ
- [x] Dft # _20_ first appearance with counsel ☐ CJA [x] Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
  Attorney: Scott Kalish
- ☐ Dft # _20_ advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
- ☐ Dft # _20_ Requests appointed counsel, is sworn & examined re: financial status.
- ☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
- ☐ _____ appointed   ☐. U.S. Pub Defender _____ appointed

CRIM 92-116        ☐ See reverse/attached for additional proceedings

| | | |
|---|---|---|
| ☐ | Govt motions for detention on # | ☐ Oral    ☐ Oral Govt motion for continuance of detention hearing |
| ☐ | Oral Defendant # _____ motion for continuance of detention hearing | |
| ☐ | Dft bond  ☐ set ☐ reset  to $_____  ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured | |
| ☐ | Bond continued ☐ previous bond $_____ type_____ ☐ other case No._____ | |
| ☐ | Order setting conditions of release   ☐ Bond executed, dft released;   ☐ Not executed at this time | |
| ☐ | Dft ordered to answer in prosecuting district  ☐. State Charges | |
| ☐ | Order of Detention   ☐ kotmpdtn. Temp Detention Pndg Hearing | |
| ☑ 12,20 | Dft *orally waived* Waiver of Detention Hearing and remanded to custody of U.S. Marshal.   ☐ Dft ordered removed to Originating District | |
| ☑ | Detention Hearing set _Wed 10/13/10 @ 9:30 for dft(5)_ | |
| ☑ | Arraignment set _Wed 10/13/10 @ 9:30 for dft(5)_ | |
| ☐ | Dft motion _____ | |
| ☐ | Govt motion _____ | |
| ☐ | Dft failed to appear,    ☐ oral order for arrest warrant;    ☐ bond forfeited | |
| ☐ | Dfts _____ remanded to custody of U.S. Marshal. | |
| ☐ | Government motion _____ | |
| ☐ | Defendant motion _____ | |
| ☐ | Dfts # _____ Released on Bond / Conditions of Release | |
| ☑ | Dfts # _5, 12, 20_ remanded to custody of U.S. Marshal. | |

OTHER PROCEEDINGS:

Discovery Order will be entered as to dfts #12 and #20.

ADJOURN  _10:11_

**CRIM 92-116**                ☐ See reverse/attached for additional proceedings