| | |
|---|---|
| DATE 10/13/2010 | CASE NUMBER 4:09cr194 MHS |
| LOCATION Plano | USA — Heather Rattan — Assigned |
| JUDGE Don D. Bush | vs — Tracey Batson — Appeared |
| DEPUTY CLERK Toya McEwen | |
| COURT REPORTER: Bryn & Assoc - MaryAnn Romero | MARIA PATRICIA RODRIGUEZ MONSALVE (5) |
| INTERPRETER: Melida Quidure | Defendants |
| USPO: | J T Borah CJA (5) |
| BEGIN 10:04 am | Attorneys |

## ARRAIGNMENT

☑ Arraignment on: ☐ INFORMATION ☑ INDICTMENT ☐ RULE 20
held on counts ☑1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12
☐ all counts; other counts _____

☑ Dft # 5 ☐ Prob violator ☐ Super Rel violator appears: ☑ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft

☑ Dft # 5 ☑ sworn
☑ received copy of charges ☐ discussed charges with counsel ☐ charges read
☑ waived reading of charges

Dft enters a plea of: ☑ (not guilty) ☐ gpl. (guilty) ☐ nolopl. (nolo) ☐ glesspl. (guilty - lesser)
to counts: ☑1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12
☐ all counts; other counts _____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on
**Monday, December 6 at 9:00 am in Sherman, Texas in Judge Michael H Schneider**

☐ Government motion _____

☐ Defendant motion _____

## DETENTION STATUS REVIEW ON DFTS

☐ Dfts ☐ Prob violator ☐ Super Rel violator appears: ☐ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
☐ Government announced ready. ☐ Govt ORAL Motion to withdraw Motion for Detention as to Dft # ___ ☐ Granted ☐ Denied
☐ Dft # ___ ORAL Motion to continue Detention Hearing ☐ Granted ☐ Denied
☐ **RESET Detention Hrg to:**
☐ Defendants announced ready. ☑ Detention Hearing waived and remanded to USMO ~~12/06/2010~~
☐ Presumption Case ☐ Conditions of Release entered and Dft released from custody
☐ Government witnesses:
☐ Exhibits:
☐ Defendant witnesses:
☐ Exhibits:

☐ **PROCEEDINGS:**
Court determines to ☐ DETAIN ☐ RELEASE.
☐ Order setting conditions of release entered and Dft released ☐ Bond executed

10:05 am _____ Adjourn

☐   Order of Detention    ☑   Defendant remanded to custody of U.S. Marshal.

☐   Recess _____