THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:09CR194 RAS |
| MARIA PATRICIA RODRIGUEZ MONSALVE (5) | | |

## WAIVER OF DETENTION HEARING

I, MARIA PATRICIA RODRIGUEZ MONSALVE, having been charged with a Violation of Title 21, U.S.C. § 963, having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

TRIBUNAL JUDICIAL DE DISTRITO DE ESTADOS UNIDOS
DISTRITO ESTE DE TEXAS
DIVISION DE SHERMAN

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMERICA | § § | NO. 4:09cr194 RAS |
| CONTRA | § | |
| MARIA PATRICIA RODRIGUEZ MONSALVE (5) | | |

## RENUNCIA A UNA AUDIENCIA DE DETENCION

Yo, MARIA PATRICIA RODRIGUEZ MONSALVE, a quien se le imputa un cargo por infraccion del Titulo 21, articulo § 963 del Codigo de Estados Unido, habiendo comparecido ante el Tribunal y habiendoseme informado de mis derechos segun los requisitos del Articulo 3142 et seq., del Titulo 18 del Codigo de Estados Unidos, incluyendo mi derecho a tener una audiencia de detencion, por el presente documento renuncio a mi derecho a una audiencia de detencion y convengo que se me mantenga bajo custodia hasta que se resuelva esta causa.

FECHA (Date): 10/13/10

_____
Acusado (Defendant)

_____
Abogado del Acusado (Defendant's Attorney)